| | |
|---|---|
| **TRANSFER OF JUSRISDICTION** | DOCKET NUMBER (Transferring Court) <br> 0756 2:02CR00018-001 |
| | DOCKET NUMBER (Receiving Court) |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Southern District Of Indiana | Terre Haute |
| Oscar B. McGraw, Jr. | NAME OF SENTENCING JUDGE <br> The Honorable Larry J. McKinney <br> U.S. District Court Judge | |

| | DATES OF PROBATION/SUPERVISED RELEASE | FROM <br> 5/09/2019 | TO <br> Life |
|---|---|---|---|

OFFENSE

Count 1: Conspiracy to Possess with Intent to Distribute and to Distribute in Excess of 500 Grams of Methamphetamine; 21 U.S.C. § 841 (a)(1), 846, and 851

## PART 1 - ORDER TRANSFERRING JURISDICTION

*United States District Court for the Southern District of Indiana*

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____District of Montana_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

1/28/2022
Date

_[signature]_
United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

*United States District Court for the District of Montana*

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Date

_____
United States District Judge